IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20 -_____ |
| v. | : | DATE FILED: _____ |
| ANWAR CRUMP | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 20, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANWAR CRUMP,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Beretta model 8000F Mini Cougar, 9mm Luger semiautomatic pistol, bearing serial number 075549MC, loaded with 11 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### ANWAR CRUMP

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, namely:

1. a Beretta model 8000F Mini Cougar, 9mm semiautomatic Luger pistol, bearing serial number 075549MC; and

2. 11 live rounds of ammunition.

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

FOREPERSON

WILLIAM M. McSWAIN
United States Attorney

*Criminal No.*

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ANWAR CRUMP

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of firearm by a felon - 1 count)
Notice of Forfeiture



A true bill

Foreman

Filed in open court this 22ND day of SEPTEMBER A.D. 20 20

Clerk

Bail, $